# BURNETT *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 13, October Term, 1947.]

*Decided December 17, 1947.*

Before MARBURY, C. J., DELAPLAINE, COLLINS, GRASON, HENDERSON, and MARKELL, JJ.

*Per Curiam.*

This is an application for leave to appeal from refusal of a writ of habeas corpus.

Petitioner alleges that he was convicted of burglary without legal justification because he claims that burglary "is the breaking and entering of a house between 9 P. M. and and 6 A. M.", while the prosecuting witness stated that the house was robbed between 6 a. m. and 7 p. m. He says that since he has been in prison he remembers that he was not in Baltimore at the time the crime was committed. He asks that this court summon a number of witnesses to testify here. The questions of guilt or innocence and the sufficiency of the evidence cannot be retried on habeas corpus. *Olewiler v. Brady,* 185 Md. 341, 344, 44 A. 2d 807; *Bernard v. Warden of*

*Maryland House of Correction,* 187 Md. 273, 49 A. 2d 737; *Copeland v. Wright,* 188 Md. 666, 53 A. 2d 553. Of course, no testimony can be taken in this court. *Rountree v. Wright, Warden,* 189 Md. 292, 55 A. 2d 847.

*Application denied, without costs.*